IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMMA J. BRACEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-992-MEF |
| v. | ) | |
| | ) | |
| MICHAEL PATRICK, et al., | ) | (WO- DO NOT PUBLISH) |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 14, 2011, this Court ordered Plaintiff Emma Bracewell ("Bracewell") to file a more definite statement of her claims against Defendant Officer Patrick. (Doc. 15). That order warned Bracewell that if she did not file a more definite statement within 14 days, the Court would strike her complaint pursuant to Federal Rule of Civil Procedure 12(e). Over a month has passed, and Bracewell had failed to file anything in response to this Court's order. Accordingly, it is hereby ORDERED that Bracewell's Complaint (Doc. # 1) is STRICKEN from the record. All remaining claims against all Defendants are DISMISSED. A separate final judgment will be entered in this case.

Done this the 18th day of May, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE