IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMMA J. BRACEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-992-MEF |
| v. | ) | |
| | ) | |
| MICHAEL PATRICK, et al., | ) | (WO- DO NOT PUBLISH) |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the prior orders of the Court it is ORDERED and ADJUDGED as follows:

All remaining claims are DISMISSED. Judgment is entered in favor of the Defendants Michael Patrick, The Samson Police Department, and The City of Samson, and against the Plaintiff Emma Bracewell. Each party shall bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this the 18th day of May, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE